Andrew Watters (#237990)
Watters & Jacobs, LLP
555 Twin Dolphin Drive, Suite 135
Redwood City, CA 94065
(650) 542-0057
andrew@watters.law

Attorneys for Plaintiff
Paul M. Rubino

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL M. RUBINO, an individual, | Case No.: 5:26-cv-03291-NC |
| Plaintiff, | |
| vs. | PLAINTIFF'S CASE MANAGEMENT STATEMENT |
| CONRAD J. RANKIN, an individual; RICHARD S. MAZA, an individual; NICHOLAS RANKIN, an individual; RICHARD TROYAN, an individual; and DOES 1-20, inclusive, | |
| Defendants. | |

Plaintiff Paul M. Rubino respectfully submits the following status report regarding the status of service of the complaint and summons on Defendants Conrad J. Rankin; Richard S. Maza; Nicholas Rankin; and Richard Troyan.

Defendants Conrad J. Rankin; Richard S. Maza; Nicholas Rankin; and Richard Troyan have not been served.

Plaintiff has attempted further informal methods of contacting Defendants. One Defendant appears to reside in Canada. One defendant is evading service. The other defendants are a father/son duo that moved from their last known address. Publication may be required.

Numerous diligent attempts have been made at last known addresses, as well as at hostels where the Defendants are known to reside. All to no avail. Attached hereto as **Exhibit A** are true and correct copies of diligent attempts.

Plaintiff is now undertaking further formal efforts to effectuate service. Defendants are private individuals that operate business through social media outlets, such as YouTube. Plaintiff is in the process of seeking potential email addresses in order to obtain information that may assist in identifying current contact information or locations for purposes of service. Plaintiff may need to seek leave to serve via alternative means, such as posting. Alternatively, if the email addresses are found, Plaintiff will move to serve via email satisfying due process and comports with precedent from *MacLean-Fogg Co. v. Ningbo Fastlink Equipment Co.*, 2008 WL 5100414 (N.D. Ill. Dec. 1, 2008), and *FTC v. PCCare247 Inc.*, 2013 WL 841037 (S.D.N.Y. Mar. 7, 2013).

Plaintiff is also considering engaging private investigative services, if proven necessary, to effectuate service.

Plaintiff expects to provide a more substantive update within three weeks. Plaintiff will promptly update the Court regarding any new information obtained and any progress made toward completing service on Defendants.

Dated: July 16, 2026

*Andrew G. Watters*
_____
Andrew Watters
Attorneys for Plaintiff
Paul M. Rubino

# Exhibit A

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*

Andrew G. Watters, Esq.                                                                    SBN:  237990
ANDREW G.WATTERS,ESQ.
555 Twin Dolphin Drive, Ste. 135   Redwood City, CA 94065

TELEPHONE NO.: **(415) 261-8527**                              FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:  **Plaintiff**                    Client File # **RUBINO v. RANKIN, ET AL**

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN JOSE, CA 95113**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **PAUL M. RUBINO, AN INDIVIDUAL**
DEFENDANT/RESPONDENT:  **CONRAD J. RANKIN, AN INDIVIDUAL, ET AL.**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**5:26-CV-03291-NC** |
|---|---|

I received the within assignment for filing and/or service on  May 7, 2026 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:  **NICHOLAS RANKIN**

Documents:  **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; NOTICE OF RELATED CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

As enumerated below:

**5/10/2026 -- 8:40 PM**                    8939 Lamar St
                                                          Spring Valley, CA 919772626
No answer. House dark, quiet, no vehicles present, neighbor (8929) unable to verify the address.

**5/13/2026 -- 8:53 AM**                    8939 Lamar St
                                                          Spring Valley, CA 919772626
This is a bad address. The subjects do not live here per Jenny Hobson, the current resident, who showed mail to verify her identity.

County:  **San Diego**
Registration No.:  **1955**
**Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 5/13/2026.

Signature:_____
                          **Carl Walker**

**DECLARATION OF DILIGENCE**

Order#: SJ33029051a/otpFormat

Court File #CV-26-03291-NC

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

BETWEEEN:

PAUL RUBINO, an individual

Plaintiffs

-and-

CONRAD J. RANKIN, an individual;
RICHARD S. MAZA, an individual;
NICHOLAS RANKIN, an individual;
RICHARD TROYAN, an individual;
and Does 1-20, inclusive,

Defendants

## AFFIDAVIT OF ATTEMPTED SERVICE

I, Ibrahim Mohamud, Process Server of the Town of Ajax, in the Province of Ontario,

## MAKE OATH AND SAY:

1. On or about the 21st day of May, 2026, I was instructed by ASAP Legal, to serve a copy of the Summons in a Civil Action, Order Setting Initial Case Management Conference and ADR Deadlines and First Amended Complaint onto Richard Troyan at: 201 Lee Avenue, Whitby, Ontario.

2. I did personally attend at: 201 Lee Avenue, Whitby, Ontario, to serve a copy of the Summons in a Civil Action, Order Setting Initial Case Management Conference and ADR Deadlines and First Amended Complaint onto Richard Troyan on May 21, 2026 at: 4:04 p.m. When I arrived at the house, I spoke with a male named Daniel at the front door, who only opened the door slightly. He stated that he did not know the subject and asked why I was looking for him. I advised that I was attempting to make a delivery and asked if he had any possible contact information, but he closed the door. Ford #DBAF 844 was parked in the driveway.

3. I was advised by and I do verily believe that Saikat Das, process server employed with KAP Litigation did personally attend at: 201 Lee Avenue, Whitby, Ontario in an attempt to serve Richard Troyan with the Summons in a Civil Action, Order Setting Initial Case Management Conference and ADR Deadlines and First Amended Complaint on May 29, 2026 at: 1:17 p.m. When he arrived, an adult male named Daniel, believed to be in his 30s, was washing his vehicle in the driveway. When advised that he had a delivery for the subject, Daniel immediately became hostile and demanded that he leave the property, stating that he did not know the subject. Due to Daniel's aggressive behavior and the manner in which he was rapidly approaching him, he was unable to obtain any further information. He left the service copy near the entrance by Daniel's vehicle before departing. Ford #DBAF 844 was parked in the driveway, along with a Volkswagen parked too far away to obtain the license plate.

4. I make this affidavit for no improper purpose.

Sworn before me at
the city of Toronto
in the Province of Ontario
on June 11, 2026

_____
Commissioner for Taking Affidavits

_____
Ibrahim Mohamud

Matthew Alexander Attisano, a Commissioner, etc.,
Province of Ontario, for 756671 Ontario Inc. o/a KAP
Litigation Services, and for process serving only.
Expires May 14, 2028.

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*           FOR COURT USE ONLY

Andrew G. Watters, Esq.                                          SBN:  237990
ANDREW G.WATTERS,ESQ.
555 Twin Dolphin Drive, Ste. 135   Redwood City, CA 94065

TELEPHONE NO.: **(415) 261-8527**                   FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:  **Plaintiff**              Client File # **RUBINO v. RANKIN, ET AL**

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN JOSE, CA 95113**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **PAUL M. RUBINO, AN INDIVIDUAL**
DEFENDANT/RESPONDENT:  **CONRAD J. RANKIN, AN INDIVIDUAL, ET AL.**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**5:26-CV-03291-NC** |
| --- | --- |

I received the within assignment for filing and/or service on  May 7, 2026 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:  **CONRAD J. RANKIN**

Documents:  **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; NOTICE OF RELATED CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

As enumerated below:

**5/10/2026 -- 8:40 PM**                8939 Lamar St
                                        Spring Valley, CA 919772626
No answer. House dark, quiet, no vehicles present, neighbor (8929) unable to verify address.

**5/13/2026 -- 8:53 AM**                8939 Lamar St
                                        Spring Valley, CA 919772626
This is a bad address. The subjects do not live here per Jenny Hobson, the current resident, who showed mail to verify her identity.

County:  **San Diego**
Registration No.:  **1955**
**Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 5/13/2026.

Signature:_____

**Carl Walker**

**DECLARATION OF DILIGENCE**

Order#: SJ33029051/otpFormat

| | | |
|---|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | | FOR COURT USE ONLY |

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*:
Andrew G. Watters, Esq.    SBN: 237990
ANDREW G.WATTERS,ESQ.
555 Twin Dolphin Drive, Ste. 135  Redwood City, CA 94065

TELEPHONE NO.: **(415) 261-8527**          FAX NO.:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*:  **Plaintiff**          Client File # **RUBINO v. RANKIN, ET AL**

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN JOSE, CA 95113**
BRANCH NAME:

PLAINTIFF/PETITIONER:  **PAUL M. RUBINO, AN INDIVIDUAL**
DEFENDANT/RESPONDENT:  **CONRAD J. RANKIN, AN INDIVIDUAL, ET AL.**

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>**5:26-CV-03291-NC** |
|---|---|

I received the within assignment for filing and/or service on  May 7, 2026 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:  **RICHARD S. MAZA**

Documents:  **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; NOTICE OF RELATED CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

As enumerated below:

**5/7/2026 -- 6:48 PM**          8441 Balboa Blvd Apt 21
                              Northridge, CA 913254048
I arrived at the given address, knocked on the door multiple times but received no answer, I could hear various sounds and definite movement from inside the residence, tried knocking again loudly and ringing the doorbell but still received no response. Someone inside but would not open the door.

**5/8/2026 -- 12:39 PM**          8441 Balboa Blvd Apt 21
                              Northridge, CA 913254048
I again arrived to the property address, knocked on the door and rang the doorbell several times but received no response, could hear sounds and detect movement from inside the unit. Tried talking to who ever was inside but would not say anything. Evading service.

**5/9/2026 -- 8:40 AM**          8441 Balboa Blvd Apt 21
                              Northridge, CA 913254048
I knocked on unit's door, rang doorbell again, waited for a few minutes, heard footsteps & movement from inside unit. Definitely evading service.

**5/13/2026 -- 7:39 PM**          8441 Balboa Blvd Apt 21
                              Northridge, CA 913254048
Arrived at given address again and subject has a Ring doorbell on the door and it has the blue light on, meaning he's watching me. I kept knocking on the door, subject appears to be inside unit, but would not open the door, I waited a few minutes, knocked again, but no answer. Evading service.

**Continued on Next Page**

County:  **Los Angeles**
Registration No.:  **2023001643**
**Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 6/17/2026.

Signature: _____
                              **Robert Ascorra**

**DECLARATION OF DILIGENCE**

Order#: SJ33029055/otpFormat

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar Number, and Address)* | | FOR COURT USE ONLY |
|---|---|---|
| Andrew G. Watters, Esq.<br>ANDREW G.WATTERS,ESQ.<br>555 Twin Dolphin Drive, Ste. 135   Redwood City, CA 94065 | SBN:  237990 | |

TELEPHONE NO.: **(415) 261-8527**                    FAX NO.:

E-MAIL ADDRESS *(Optional)*:

ATTORNEY FOR *(Name)*:  **Plaintiff**                    Client File # **RUBINO v. RANKIN, ET AL**

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN JOSE, CA 95113**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **PAUL M. RUBINO, AN INDIVIDUAL**

DEFENDANT/RESPONDENT:  **CONRAD J. RANKIN, AN INDIVIDUAL, ET AL.**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**5:26-CV-03291-NC** |
|---|---|

I received the within assignment for filing and/or service on  May 7, 2026 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:  **RICHARD S. MAZA**

Documents:  **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; NOTICE OF RELATED CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

As enumerated below:

**Continued from Previous Page**

**5/14/2026 -- 1:03 PM**                    8441 Balboa Blvd Apt 21
                                                        Northridge, CA 913254048

Knocked on unit's door again, subject is inside.I can hear footsteps and the tv on, a small dog barking, knocked loudly on door, still no answer. Evading.

**5/15/2026 -- 7:50 AM**                    8441 Balboa Blvd Apt 21
                                                        Northridge, CA 913254048

Arrived at location again,  knocked on door several times, waited a few more minutes,  knocked again but this guy would not answer, he's in the unit. I tried talking to him but would not respond. Evading service.

**5/21/2026 -- 8:07 PM**                    8441 Balboa Blvd Apt 21
                                                        Northridge, CA 913254048

Arrived at given address again,  knocked on the door loudly,  someone inside, tried talking to whoever was there but would not say anything.

**5/22/2026 -- 7:53 AM**                    8441 Balboa Blvd Apt 21
                                                        Northridge, CA 913254048

Knocked on door several times again,  I can hear footsteps and the TV on, watching thru Ring doorbell camera.Waited for a few minutes,  knocked again but no response.

**Continued on Next Page**

County:  **Los Angeles**

Registration No.:  **2023001643**

**ASAP LEGAL**   **Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 6/17/2026.

Signature:_____

**Robert Ascorra**

**DECLARATION OF DILIGENCE**

                                                        **Order#: SJ33029055/otpFormat**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | | FOR COURT USE ONLY |
|---|---|---|
| Andrew G. Watters, Esq. **ANDREW G.WATTERS,ESQ.** 555 Twin Dolphin Drive, Ste. 135   Redwood City, CA 94065 | SBN:  237990 | |

| | | |
|---|---|---|
| TELEPHONE NO.: **(415) 261-8527** | FAX NO.: | |
| E-MAIL ADDRESS *(Optional):* | | |
| ATTORNEY FOR *(Name):*  **Plaintiff** | Client File # **RUBINO v. RANKIN, ET AL** | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: **280 S. 1ST ST. ROOM 2112**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN JOSE, CA 95113**

BRANCH NAME:

PLAINTIFF/PETITIONER:  **PAUL M. RUBINO, AN INDIVIDUAL**

DEFENDANT/RESPONDENT:  **CONRAD J. RANKIN, AN INDIVIDUAL, ET AL.**

| **DECLARATION OF DILIGENCE** | CASE NUMBER: **5:26-CV-03291-NC** |
|---|---|

I received the within assignment for filing and/or service on  May 7, 2026 and that after due and diligent effort I have not been able to serve said person.I attempted service on this servee on the following dates and times:

Servee:  **RICHARD S. MAZA**

Documents:  **SUMMONS IN A CIVIL ACTION; FIRST AMENDED COMPLAINT; NOTICE OF RELATED CASE; ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES; CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

As enumerated below:

**Continued from Previous Page**

**5/23/2026 -- 11:11 AM**                         8441 Balboa Blvd Apt 21
                                                          Northridge, CA 913254048

I knocked on unit's door, rang doorbell again, waited for a few minutes, didn't hear any noise nor noticed any sort of movement from inside unit.

County:  **Los Angeles**
Registration No.: **2023001643**
**Asap Legal**
**255 N Market Street, Suite 180**
**San Jose, CA 95110**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on 6/17/2026.

Signature:_____

**Robert Ascorra**

**DECLARATION OF DILIGENCE**

Order#: SJ33029055/otpFormat