United States District Court
Northern District of California

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

PAUL M. RUBINO,
Plaintiff,
v.
CONRAD J. RANKIN, and others,
Defendants.

Case No. 26-cv-03291-NC

**ORDER TO SHOW CAUSE**

On July 16, 2026, Plaintiff filed a case management statement indicating that Defendants have not been served and stating that he would provide an update regarding any progress made. ECF 14. Nearly three months have passed, and Plaintiff has not provided the Court with an update or filed any motions regarding service. Accordingly, the Court ORDERS Plaintiff to show cause in writing by October 21, 2026, why service has not yet been effectuated on Defendants, including what steps have been taken and what next steps Plaintiff plans to take. If Plaintiff fails to serve the Defendants, the Court may dismiss the case without prejudice. Fed. R. Civ. Proc. 4(m).

**IT IS SO ORDERED.**

Dated: October 13, 2026

NATHANAEL M. COUSINS
Chief United States Magistrate Judge