Andrew G. Watters (#237990)
Watters & Jacobs, LLP
555 Twin Dolphin Drive, Suite 135
Redwood City, CA 94065
(650) 542-0057
andrew@watters.law

Attorney for Plaintiff,
Paul M. Rubino

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAUL M. RUBINO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CONRAD J. RANKIN, an individual; RICHARD S. MAZA, an individual; NICHOLAS RANKIN, an individual; RICHARD TROYAN, an individual; and Does 1-20, inclusive,<br><br>Defendants. | Case No.: 5:26-cv-03291-NC<br><br>**DECLARATION OF ANDREW WATTERS IN SUPPORT OF PLAINTIFF'S MOTION FOR ORDER AUTHORIZING SERVICE BY PUBLICATION, AND IN RESPONSE TO ORDER TO SHOW CAUSE REGARDING SERVICE** |

I, ANDREW WATTERS, declare:

1. I am over the age of eighteen years and have personal knowledge of the matters stated herein. If called as a witness I would competently attest to the same.

2. I am the attorney for Plaintiff Paul M. Rubino.

3. Plaintiff filed the instant suit on April 18, 2026. Despite Plaintiff's diligent efforts, he has been unable to serve Defendants.

4. I have exerted numerous substantial efforts to serve upon Defendants the Summons and operative Complaint in relation to the current matter. However, despite diligent

efforts made, I have been unable to locate Defendants and serve them personally or otherwise.

5. I am aware of numerous attempts made to serve Defendants and all of these were unsuccessful. I have reviewed online documents, YouTube videos, and other sources in order to find their last-known addresses. However, as the individuals appear to be transient, these addresses were unsuccessful. I have reviewed numerous other court dockets wherein Defendants have been sued, also seeking addresses. Again, these efforts were unsuccessful.

6. In addition to these, my efforts to locate and serve Defendants consisted of 1) personally reviewing all information I am aware of about Defendants and attempting to locate them in public record searches using that information; 2) asking my associate attorneys to assist me in locating the Defendants; 3) contacting the Postmaster to see whether Defendants left a forwarding address; 4) personally conducting a “skip trace” on Defendants through publicly available sources of information, such as the Internet, databases of “deadbeat” tenants, and the like; and 5) sending a process server to Defendants’ last known addresses.

7. Unfortunately, none of my efforts were successful. I have concluded that Defendants are evading service of court process by keeping their whereabouts unknown.

8. Other than the methods I have already tried, I have no other practicable means of locating Defendants, and so I am asking for permission to serve them by publication.

9. I believe that Defendants Conrad Rankin, Nicholas Rankin are residing in San Diego because that is where their last known addresses are. For these reasons, the *San Diego Union-Tribune*, a newspaper of general circulation that offers the service of placing legal notices in San Diego County, is appropriate.

10. I believe Defendant Richard Maza, is residing in Santa Clara County because that is where Defendant Richard Maza’s criminal case is pending and where he was arrested. For

these reasons, the *Metro News*, a newspaper of general circulation that offers the service of placing legal notices in Santa Clara County, is appropriate.

11. I believe Richard Troyan is living in Canada, though he has a criminal case in San Mateo County in this District arising out of a separate pepper spray incident, and I can potentially serve him here if he turns himself in, as is expected eventually following comments on his YouTube channel about the case.

12. I anticipated that we would be able to serve Defendants in this matter and was not expecting them to be in hiding for so long.

13. In addition to publication, Plaintiff will mail the summons, First Amended Complaint, and order to each Defendant's last known address and to any address ascertained before publication is complete, as section 415.50(b) requires. (Cal. Code Civ. Proc. § 514.50(b).) Plaintiff will also email the same papers to each Defendant's published business address and will serve a courtesy copy on Richard Maza's criminal defense counsel. Layering these channels on top of publication makes actual notice far more likely and satisfies due process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 21, 2026

Andrew G. Watters

Andrew Watters
Attorneys for Plaintiff
Paul M. Rubino